IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JERRY A. BYRD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV417 |
| | ) | |
| CARNIVAL CORPORATION d/b/a | ) | |
| CARNIVAL CRUISE LINES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, District Judge.

IT IS HEREBY ORDERED THAT Defendant's Motion to Dismiss and for Summary Judgment or Alternatively, to Transfer Venue [Document #9] is GRANTED as to the Motion to Dismiss and in the "interest of justice" the Clerk of Court for the United States Middle District is directed to transfer the case to the United States District Court for the Southern District of Florida.

This, the 16th day of May, 2006.

_____
United States District Judge